IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD PORRAS,

    Plaintiff,

vs.                                            No. 19-CV-00367 MV/KK

CORECIVIC, INC., and OFFICER
FREEMAN, OFFICER TROGLIN,
SGT. VIRAMONTES, SGT. FAYE LEWIS,
OFFICER FLORES, OFFICER LOPEZ,
OFFICER GARDEA, LT. HONEYCUTT,
CAPT. PAUL MILLER, and CHIEF
RHONDA GONZALES, in their individual
capacities, and NURSE GALLEGOS,
NURSE PERRY, and NURSE TRUJILLO,
in their individual capacities,

    Defendants.

## ORDER SETTING HEARING ON MOTION TO COMPEL

THIS MATTER is before the Court on Plaintiff's Omnibus Motion to Compel Discovery Production from the Defendants (Doc. 125), filed May 31, 2023.

The Court will hold a hearing on this motion on **Thursday, July 20, 2023, at 10:30 a.m.** at the Pete V. Domenici United States Courthouse, 480 Chama Courtroom, Fourth Floor, 333 Lomas Boulevard, N.W., Albuquerque, New Mexico.

Counsel are hereby ordered to appear in the courtroom **one hour before the hearing** to confer with one another in a good faith attempt to resolve the disputes and/or narrow the issues raised in Plaintiff's Motion to Compel.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE