IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICHARD PORRAS,

    Plaintiff,

vs.                                                Civ. No. 19-367 MV/KK

CORECIVIC, INC., and OFFICERS FLORES,
FREEMAN, GARDEA, LOPEZ, and
TROGLIN, SERGEANTS LEWIS and
VIRAMONTES, LIEUTENANT
HONEYCUTT, CAPTAIN P. MILLER, CHIEF
R. GONZALES, and NURSES GALLEGOS,
PERRY, and TRUJILLO, in their individual
capacities,

    Defendants.

## ORDER ON RULE 30(b)(6) DEPOSITION

THIS MATTER is before the Court on Plaintiff's Omnibus Motion to Compel Discovery Production from the Defendants (Doc. 125), filed May 31, 2023. The Court heard oral argument on the Motion on July 20, 2023 (Doc. 141) and entered an Order denying that Motion in part but reserving ruling with respect to Plaintiff's request for an order compelling Defendants to produce a Rule 30(b)(6) witness on Topic 1 of their Rule 30(b)(6) Notice (Doc 142). The Court set deadlines for the parties with respect to this outstanding issue (Doc. 142), and in accordance with those deadlines, Defendants supplemented their response to Plaintiff's motion to compel setting out the steps they will need to take in order to identify, prepare, and produce a witness or witnesses in response to Topic 1 of the Rule 30(b)(6) Notice. (Doc. 148.) Defendants request sixty (60) days to complete the tasks identified in their supplemental response. (*Id.*)

The Court, having further considered Plaintiff's Omnibus Motion to Compel, the oral arguments of counsel, Defendants' supplemental response, and the relevant law, finds that the

Plaintiff's Motion should be granted to the extent that Defendants must designate and prepare, in the manner described in Defendants' supplemental response, a Rule 30(b)(6) designee on Topic 1.

IT IS THEREFORE ORDERED that Plaintiff's Omnibus Motion to Compel Discovery Production from the Defendants (Doc. 125), filed May 31, 2023, is granted to the extent that Defendants must designate and prepare, **by November 13, 2023**, a Rule 30(b)(6) designee regarding Topic 1 in Plaintiff's April 28, 2023 Notice of Videotaped Remote Rule 30(B)(6) Deposition of Defendant Corecivic, Inc. (Doc. 125-3).

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE